JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Tradebot Systems, Inc ;
**County of Residence:** Jackson County

**Defendant(s):**
First Listed Defendant:
Andrew O'Hara ;
**County of Residence:** Johnson County

Additional Defendants(s):
Daniel Krejci ;
Clayton Harper ;
Brendan Forrest ;
Tyler O'Connor ;
Benjamin Andelin ;
Michael McAtee ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Douglas M Weems ( Tradebot Systems, Inc)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 66061
**Phone:** 816-474-8100
**Fax:** 816-474-3216
**Email:** dweems@spencerfane.com

Casey P. Murray ( Tradebot Systems, Inc)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
**Phone:** 816-474-8100
**Fax:** 816-474-3216
**Email:** cmurray@spencerfane.com

Angus W. Dwyer ( Tradebot Systems, Inc)
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas CIty, Missouri 64106
**Phone:** 816-474-8100
**Fax:** 816-474-3216
**Email:** adwyer@spencerfane.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** Defend Trade Secrets Act of 2016, 18 U.S.C § 1836, et seq., pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1367(a)

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Douglas M. Weems

**Date:** 08/09/2019

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.